1  GERALD T. McFADDEN (SBN 87446)
   Attorney at Law
2  2366 Front Street
   San Diego, CA  92101
3  (619) 338-0507
   E-mail:  gtmfadden@hotmail.com
4

5  Attorney for Defendant
   JESUS RUBEN SORIA-SAINZ
6

7

8                  UNITED STATES DISTRICT COURT

9               SOUTHERN DISTRICT OF CALIFORNIA

10                  (HON. IRMA E. GONZALEZ)

11  UNITED STATES OF AMERICA,        )    Crim. Case No. 08CR00520-IEG
                                     )
12                    Plaintiff,     )    NOTICE OF MOTION AND
                                     )    MOTION TO SHORTEN TIME
13  v.                               )
                                     )
14  JESUS RUBEN SORIA-SAINZ,         )
                                     )
15                    Defendant.     )    NCD:  June 16, 2008
    _____ )             at 9:00 a.m.
16

17  TO:    KAREN P. HEWITT, UNITED STATES ATTORNEY, and
           CHRISTOPHER M. ALEXANDER, ASSISTANT UNITED STATES ATTORNEY
18

19        PLEASE TAKE NOTICE that the defense requests leave to file the Defense Objections to

20  Presentence Report by June 4, 2008, because defendant is incarcerated in Arizona and not reasonably

21  available until yesterday, June 2, 2008, for Presentence Report review.

22

23  Dated:  June 3, 2008          _____s/Gerald T. McFadden_____
                                  GERALD T. McFADDEN, Attorney for
24                                Defendant JESUS RUBEN SORIA-SAINZ
                                  E-mail:  gtmcfadden@hotmail.com
25

26

27

28