1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. IRMA E. GONZALEZ)

| UNITED STATES OF AMERICA, | ) | Crim. Case No. 08CR00520-IEG |
|---|---|---|
| Plaintiff, | ) | ORDER TO SHORTEN TIME |
| v. | ) | |
| JESUS RUBEN SORIA-SAINZ, | ) | |
| Defendant. | ) | NCD: June 16, 2008 at 9:00 a.m. |

And now, this 4th day of June, 2008, good cause appearing, the time for filing the DEFENSE OBJECTIONS TO PRESENTENCE REPORT and CERTIFICATE OF SERVICE is shortened so that the objections may be filed by June 4, 2008.

**DATED:  June 4, 2008**

_____
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**